UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY LYNN HENSLEY,

    Plaintiff,

v.                                      Case No. 1:14-cv-1227
                                      Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED.**

Dated: March 24, 2016            /s/ Ray Kent
                                           RAY KENT
                                           United States Magistrate Judge